UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NETHANIEL CHAIM BLUTH, et al., | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | Civil Action No. 12-250 (GK) |
| v. | ) | |
| | ) | |
| ISLAMIC REPUBLIC OF IRAN, et al. | ) | |
| | ) | |
| **Defendants.** | ) | |
| —————————————————— | ) | |

## DECLARATION OF DR. MATTHEW LEVITT

### I.  Scope of Engagement

I have been asked to provide expert opinion on the following issues and their implications for this case:

- Iran's financial and material support of Hamas;
- The importance of Iranian support for Hamas operations;
- The purpose of Hamas attacks;
- Hamas' responsibility for the March 7, 2002 Atzmona attack.

### II. Qualifications

My qualifications as a noted expert in international terrorism, with a focus on Middle East terrorist groups and particular expertise in their logistical and financial support networks, are based on a multidisciplinary combination of my academic education, professional training and experience.

I am a United States citizen, residing in the Washington, D.C. area.  I hold both a Masters of Law and Diplomacy (MALD) and a Ph.D. in International Relations from The Fletcher School of Law and Diplomacy at Tufts University.  The Fletcher School, a member of the Association of Professional Schools of International Affairs and one of the preeminent graduate programs in international affairs in the United States, is renowned for its interdisciplinary curriculum and approach to international studies.

My Masters degree included concentrations in Conflict Resolution, International Security Studies, and the Middle East.  My doctoral dissertation entitled "The Impact of Acute Security Crises on the Process of Ongoing Negotiations," examines the impact of terrorism on the Arab-Israeli peace process.  The dissertation examines acts of terrorism carried out by both Islamic and Jewish terrorists.  I was awarded several fellowships and grants in support of this research, including a graduate research fellowship from the Program on Negotiation at Harvard

Law School.  While at Harvard I conducted extensive field research in the West Bank and Gaza Strip.  In a letter supporting my application for funding for my doctoral work, an assistant director of the FBI described the project as one that "will be of great benefit to the FBI and the U.S. Intelligence Community (USIC)."

Prior to joining the Washington Institute, I served as a counterterrorism intelligence analyst with the Federal Bureau of Investigation (FBI) providing tactical and strategic analysis in support of counterterrorism operations. There I developed a special focus on fundraising and logistical support networks for Middle East terrorist groups. In addition, I participated as a team member in a number of crisis situations, including the terrorist threat surrounding the turn of the millennium and the September 11 attacks.  In my official capacity as a U.S. government intelligence analyst, I researched and analyzed trends and patterns of international terrorist groups, produced written products and oral presentations for FBI management, FBI field agents and other agencies, and liaised with U.S. intelligence community counterparts, other U.S. government agencies, and foreign services.  I received extensive training and developed particular expertise in the analysis of material collected through investigations and the synthesis and further analysis of this material together with other sources of information provided by other agencies, open source information, and more.  In this capacity I also made several trips to the Middle East.  Indicative of my expertise, I earned three letters of commendation for my analytical contributions to FBI counterterrorism operations, as well as five awards in recognition of superior service rendered to the FBI.

In November 2001 I joined The Washington Institute for Near East Policy as a Senior Fellow in Terrorism Studies.  Founded in 1985, The Washington Institute seeks to "advance a balanced and realistic understanding of American interests in the Middle East" by bringing "scholarship to bear on the making of U.S. policy in this vital region of the world."  The Institute's Board of Advisors includes several former Secretaries of State, a former Director of Central Intelligence, and other former senior government officials and diplomats.  The Washington Institute holds annual conferences and periodic policy forums, hosts blue-ribbon presidential study groups, and publishes scholarly research.

From November 2005 through January 2007 I served as Deputy Assistant Secretary for Intelligence and Analysis in the United States Department of the Treasury.  In that capacity, I served both as a senior official within the department's terrorism and financial intelligence branch and as deputy chief of the Office of Intelligence and Analysis, one of sixteen U.S. intelligence agencies coordinated under the Office of the Director of National Intelligence. During my tenure at Treasury, I was at the center of the government's efforts to protect the U.S. financial system from abuse and to deny terrorists, weapons proliferators, and other rogue actors the ability to finance threats to U.S. national security.  In recognition of exceptional service to the department, in January 2007 I was awarded the Treasury Department's "Exceptional Service Award."  In 2008-2009 I also served as an advisor on counterterrorism and intelligence for the

U.S. State Department's Special Envoy Middle East Regional Security (SEMERS) whose mission was to help achieve the Secretary of State's vision of resolving the Israeli-Palestinian conflict through two states living side by side in peace and security.

In February 2007 I returned to the Washington Institute, where I am a Senior Fellow and Director of the since renamed Stein Program on Counterterrorism and Intelligence. In this capacity, I am frequently sought after as an analyst and commentator on terrorism issues for major media outlets including CNN, ABC, NBC, CBS, PBS, The New York Times, The Washington Post, The Wall Street Journal, National Public Radio, BBC, al Jazeera, al Arabiya, and more. I have lectured and consulted on terrorism for a variety of government and other organizations, including the U.S. Departments of State, Homeland Security and Justice, the Commission on Terrorist Attacks Upon the United States (9-11 Commission), the Financial Transactions Reports Analysis Centre of Canada (FINTRAC), the Canadian Security and Intelligence Service, Department of Justice Canada, and others, and write frequent policy briefs and articles on issues relating to terrorism and U.S. policy. I have also taught as a Professorial Lecturer in International Relations and Strategic Studies at Johns Hopkins University's School of Advanced International Studies (SAIS). Along with a collection of journal articles and edited volumes, I am also the author of *Targeting Terror* (Washington Institute, 2002), *Hamas: Politics, Charity and Terrorism in the Service of Jihad* (Yale University Press, 2006), *Negotiating under Fire: Preserving Peace Talks in the Face of Terror Attacks* (Rowman & Littlefield, 2008) and *Hezbollah: The Global Footprint of Lebanon's Party of God* (Georgetown University Press, 2013).

I have developed particular expertise on the terrorist group Hamas and on Iranian state sponsorship of terrorism, as evidenced from the many publications I have written on these subjects, from newspaper editorials and peer reviewed journal articles to Congressional and court testimonies and books.

At the Institute my work includes the study of Middle Eastern terrorist groups, front organizations and state sponsors, the logistical and financial support networks that facilitate their activities, and the extremist and militant ideologies that drive their recruitment and radicalization efforts. In my efforts to study and understand terrorism and militant Islamist ideology I interview experts, officials, academics and others with insight into these issues, both in the United States and Europe and in the Middle East. I engage in private, personal meetings, public conferences, group discussions, and talks that are both on and off the record. I travel to the Middle East regularly, including trips to the Palestinian territories, Israel, Jordan, Egypt, Bahrain, Kuwait, Qatar, the UAE and Turkey. I also attend conferences and academic and professional lectures, and read books, newspapers, academic and policy journals, and research these materials on the internet (including the websites, video and audio clips and images on sites geared towards counterterrorism and those of terrorist groups and their sympathizers as well). These are the standard sources and methods in the academic and policy communities for developing the kind of specialized knowledge and expertise I have accumulated — and for which I have been awarded and commended — in my field. Indeed, the Sixth Circuit has described my research methodology

as "the gold standard."[1]  And, in a watershed ruling upholding the constitutionality of the material support statue §2339B, the Supreme Court of the United States cited my work twice to support its position.[2]

Compiling information from sources such as these, I study and evaluate the information and data I collect, and write about and lecture on my findings.  I engage in regular discussions with other experts both to compare notes and as a means of affording myself an ongoing process of peer-review and fact-checking.  When providing expert testimony in criminal court cases, I also review evidence provided by the prosecution.

In addition to my work at the Institute, I use my specialized expertise to teach and consult, both for the U.S., and other governments and private sector firms).  I was a member of the Council on Foreign Relations' task force on terrorist financing, and am a member of the international advisory boards for the Institute for Counter-terrorism (ICT) in Israel and the International Centre for Political Violence & Terrorism Research (ICPVTR) in Singapore.  I served as a CTC Fellow at the Combating Terrorism Center (CTC) at U.S. Military Academy (West Point), a currently hold a senior fellowship at The George Washington University's Homeland Security Policy Institute.  I am a life member of The Council on Foreign Relations.

The awards and honors I have received include:

• Exceptional Service Award, U.S. Department of the Treasury, January 2007;

• Certificate of Appreciation, United States Central Command Directorate of intelligence, February 2006;

• Selected by CNN as one of "The 2005 New Guard: Washington's Next Generation of Newsmakers," April 2005;

• European Union Visitors Program (EUVP), 2005;

• Visiting Scholar, Security Studies Department, the Paul H. Nitze School of Advanced International Studies (SAIS), Johns Hopkins University, March 2003;

• U.S. Department of State Speaker and Specialist Grant (2), April 2002 (lectures in Lithuania), and January 2003 (lectures in Austria);

---

[1]   See   Sixth   Circuit   Court   of   Appeals   ruling   in   US   v.   Damrah,   at http://ftp.resource.org/courts.gov/c/F3/412/412.F3d.618.04-4216.html
[2]   See  SCOTUS   opinion   in  Humanitarian   Law   Project   et   al   v.   Holder   et   al,   Pp25-26,   at http://www.supremecourt.gov/opinions/09pdf/08-1498.pdf

• Letters of Commendation from Deputy Assistant Director (3), Federal Bureau of Investigation, July 2000, August 2000, July 2001;

• Performance Awards (2), Federal Bureau of Investigation, December 1999, November 2000;

• Special Act or Service Award, Federal Bureau of Investigation, September 1999;

• Graduate Research Fellow, The Program On Negotiation at Harvard Law School, 1997-1998;

• International Security Studies Fellow, International Security Studies Ph.D. Dissertation Fellowship, the Fletcher School of Law and Diplomacy, 1996-1997;

• International Security Studies Program Graduate Student Research Grant on the Emerging Issues of Ethnic, Sectarian, and Religious Conflict, William H. Donner Foundation, 1996;

• Doctoral Scholarship, the Fletcher School of Law and Diplomacy, 1995-1996;

• Sarah Scaife Frank Rockwell Barnett Memorial Grant in International Security Studies, The Fletcher School of Law and Diplomacy, 1994 and 1996

In addition to my work at the Institute, I use my specialized expertise to teach and consult, both for the U.S., and other governments and private sector firms). I was a member of the Council on Foreign Relations' task force on terrorist financing, and am a member of the international advisory boards for the Institute for Counter-terrorism (ICT) in Israel and the International Centre for Political Violence & Terrorism Research (ICPVTR) in Singapore. I served as a CTC Fellow at the Combating Terrorism Center (CTC) at U.S. Military Academy (West Point), a currently hold a senior fellowship at The George Washington University's Homeland Security Policy Institute. I am a life member of The Council on Foreign Relations.

I am frequently called upon to testify before the United States Senate and House of Representatives as an expert on international terrorism, militant Islam, and terrorist financing. I have been qualified as an expert witness and provided expert testimony in many U.S. federal court proceedings and have testified as an expert in several terrorism-related immigration cases in the U.S. and Canada, as well as in terrorism-related cases in France and Denmark. At the request of a Swedish prosecutor, I provided an expert report in a terrorism-related case in Sweden as well. Many of these cases involved Hamas and/or Iran.

I am widely published, including my latest book *Hezbollah: The Global Footprint of Lebanon's 'Party of God'* (Washington, DC: Georgetown University Press and Hurst Publishers,

2013).  A full list of my books, monographs, journal articles, editorials, and policy briefs is available in my professional C.V.  I am being compensated for the time I invest in this case at a rate of $550.00 per hour.

## III. Iran's Financial and Material Support for Hamas

Hamas receives significant financial and other support – especially training – from Iran, described by the CIA as "the foremost state sponsor of terrorism."[3]  Indeed, there is general unanimity on this assessment.  Then-British Prime Minister Tony Blair concluded in 2005 that Iran "certainly does sponsor terrorism.  There is no doubt about that at all."[4]  Palestinian scholar Ziad Abu-Amr concurs, noting that "Iran also provides logistical support to Hamas and military training to its members."[5]  And according to Canadian intelligence, "Hamas has training camps in Iran, Lebanon, and Sudan.  Hamas camps in Lebanon are said to be under Iranian supervision."[6]

While estimates of Iran's financial assistance to Hamas vary, there is consensus that the sum is significant.  According to Israeli estimates, Iran contributes around $3 million a year in direct aid to Hamas.[7]  Canadian intelligence cites assessments that Iran transfers somewhere between $3 million to $18 million a year to Hamas.  According to the CSIS report, "in February 1999, it was reported that Palestinian police had discovered documents that attest to the transfer of $35 million to Hamas from the Iranian Intelligence Service (MOIS), money reportedly meant to finance terrorist activities against Israeli targets."[8]  Palestinian sources estimate Iranian assistance to Hamas "at tens of millions of dollars."[9]  According to experts testifying in the case of *Diana Campuzano et al v. The Islamic Republic of Iran,* Iranian financial support to Hamas in 1995 totaled $30 million and ranged from $20 million to $50 million annually between 1990 and 2000.[10]  According to expert testimony in another case involving a Hamas attack and Iranian support for Hamas, *Susan Weinstein et al v. The Islamic Republic of Iran et al,* "the Islamic Republic of Iran gave the organization at least $25-50 million in 1995 and 1996, and also provided other groups with tens of millions of dollars to engage in terrorist activities.  In total, Iran gave terrorist organizations, including Hamas and others, between $100 and $200 million per year during this period."[11]

---

[3] Plaintiffs Exhibit 1; George Tenet, "External Threats to U.S. National Security,"  Testimony before the Senate Select Committee on Intelligence, February 6, 2002

[4] "Blair Says Iran Must Not Hinder Peace in Middle East," AP, February 8, 2005

[5] Ziad Abu-Amr, *Islamic Fundamentalism in the West Bank and Gaza: Muslim Brotherhood and Islamic Jihad* (Bloomington, IN: Indiana University Press, 1994), p. 88

[6] "Terrorist Group Profiler," Canadian Secret Intelligence Service (CSIS), June 2002, Author's personal files; See also Stewart Bell, "Hamas May Have Chemical Weapons: CSIS Report Says Terror Group May Be Experimenting," *National Post* (Canada), December 10, 2003

[7] Plaintiffs Exhibit 2; "The Financial Sources of the Hamas Terror Organization," Israel Foreign Ministry, July 30, 2003 http://www.israel-mfa.gov.il/mfa/go.asp?MFAH0nmu0

[8] "Terrorist Group Profiler," Canadian Secret Intelligence Service (CSIS), June 2002, Author's personal files; See also Stewart Bell, "Hamas May Have Chemical Weapons: CSIS Report Says Terror Group May Be Experimenting," *National Post* (Canada), December 10, 2003

[9] Ziad Abu-Amr, *Islamic Fundamentalism in the West Bank and Gaza: Muslim Brotherhood and Islamic Jihad* (Bloomington, IN: Indiana University Press, 1994), p. 88

[10] *Diana Campuzano et al v. The Islamic Republic of Iran,* United States District Court for the District of Columbia, Civi Action No.: 00-2328 (RMU), January 2003

[11] See Testimony of Patrick Clawson and Reuven Paz in *Susan Weinstein et al v. The Islamic Republic of Iran et al,*

Whatever the specific sum, it surely fluctuates given circumstances on the ground. For example, Iran is known to employ a performance-based approach to determining the level of funding it is willing to provide terrorist groups. As a U.S. court noted in *Weinstein v. Iran*, the period of 1995-1996 "was a peak period for Iranian economic support of Hamas because Iran typically paid for results, and Hamas was providing results by committing numerous bus bombings such as the one on February 25, 1996."[12] Iran's policy of increasing funding to terrorist groups like Hamas when they carry out successful attacks is also evident from its interactions with Palestinian Islamic Jihad. Until Palestinian officials released Islamic Jihad bomb makers and terrorist recruiters from their jails in 2000 and 2001 (following the collapse of Israeli-Palestinian peace talks), Islamic Jihad had failed to carry out a successful, quality attack in a long time. Almost every plot failed, either due to incompetence or successful counterterrorism operations. Once their key operatives were released from jail, however, Islamic Jihad terrorist activity soon picked up sharply. In early June 2002, Iran's Ayatollah Ali Khamene'i met with Islamic Jihad leader Ramadan Shallah on the sidelines of a Tehran conference convened in support of the Palestinian Intifada. Khamene'i pledged to separate Iran's funding for Islamic Jihad from that of Hezbollah and to increase its funding by 70 percent "to cover the expense of recruiting young Palestinians for suicide operations."[13] U.S. officials, having affirmed that Islamic Jihad is "financed and directed by Iran," also noted that, in the period following the onset of violence in September 2000, Tehran instituted an incentive system in which millions of dollars in cash bonuses are conferred to the organization for successful attacks.[14] Often, Tehran demands videotapes or other evidence of successful attacks.

U.S. officials contend that, shortly after Palestinian violence erupted in September 2000, Iran assigned Imad Mughniyeh, Hezbollah's international operations commander, to help Palestinian militant groups, specifically Hamas and PIJ.[15] Mughniyeh features prominently on the FBI list of most wanted terrorists, and is the subject of a sealed U.S. indictment for his role in the 1985 TWA hijacking. According to a former Clinton administration official, "Mughniyeh got orders from Tehran to work with Hamas."[16] In fact, in the March 27, 2002, "Passover

---

United States District Court for the District of Columbia, Civil Action No. 00-2601 (RCL), February 6, 2002. Some estimates are much higher. According to court documents in the case of *Leonard Eisenfeld, et al v. The Islamic Republic of Iran, et al*, "Hamas acknowledges support from Iran in the amount of $15,000,000 per month, funds which support both terrorism and a broad range of welfare activities as part of its program. See *Leonard Eisenfeld, et al v. The Islamic Republic of Iran, et al*, Civ. United States District Court for the District of Columbia, No. 98-1945 (RCL), 2000

[12] *Susan Weinstein et al v. The Islamic Republic of Iran et al*, United States District Court for the District of Columbia, Civil Action No. 00-2601 (RCL), February 6, 2002

[13] Ali Nouri Zadeh, "Islamic Jihad, Hamas, and the Palestinian Authority Meet in Iran," *al-Sharq al-Awsat* (London), June 8, 2002

[14] Douglas Frantz and James Risen, "A Secret Iran-Arafat Connection Is Seen Fueling the Mideast Fire," *New York Times*, March 24, 2002

[15] Douglas Frantz and James Risen, "A Secret Iran-Arafat Connection is Seen Fueling the Mideast Fire," The New York Times, March 24, 2002.

[16] Douglas Frantz and James Risen, "A Secret Iran-Arafat Connection is Seen Fueling the Mideast Fire," The New York Times, March 24, 2002.

massacre" suicide bombing, Hamas relied on the guidance of a Hezbollah expert to build an extra-potent bomb.[17]

Iranian funding for Hamas and other Palestinian terrorist groups increased just around the time Coalition forces deposed Iraq's Saddam Hussein, drying up the generous Iraqi grants to families of Palestinians killed, wounded or jailed in the course of attacking Israelis. Zeev Schiff, a highly respected and authoritative reporter, wrote in May 2004 that "Intelligence information also suggests that Iran is passing over millions of dollars to Palestinians via Hezbollah contacts. Iran, in effect, is a replacement for former Iraqi leader Saddam Hussein, who subsidized families of Palestinian suicide bombers or those injured in the fighting. In the [Palestinian] territories, the funding is being managed by various Islamic welfare organizations."[18]

Protective of its operational independence, Hamas was usually reticent to accept too much money from Iran for fear of being bound to the expectations and instructions of Tehran's Ayatollahs. Unlike Hezbollah and Palestinian Islamic Jihad, Iranian proxy groups heavily funded by Tehran and subordinate to Iranian dictates, Hamas has jealously guarded its independence. But the increase in Iranian funding for Hamas in May 2004 not only coincided with the removal of the Baathist regime in Iraq, it also came just weeks after the assassination of Hamas leader Abdel Aziz al-Rantissi. Rantissi's death—itself coming on the heels of the assassination of Hamas leader Sheikh Ahmed Yassin—made Hamas look weak and left the organization with no clear leadership. In Damascus, Hamas leader Khaled Mishal reportedly sought increased funding from Iran and a direct channel to Iranian Revolutionary Guards Corp (IRGC) in an effort to contain the impact of the loss of Yassin and Rantisi and reinvigorate Hamas operational cells.

More often than not, Iranian financing is operational in nature, not part of the group's social welfare, or *dawa*, infrastructure. According to a December 2000 Palestinian intelligence report confiscated by Israeli authorities, Iran had transferred $400,000 directly to Hamas's Qassam Brigades to specifically support "the Hamas military arm in Israel and encouraging suicide operations," and another $700,000 to Islamic organizations opposed to the PA.[19] According to a former Jordanian prime minister, "grassroots fundraising is really not enough for big Hamas operations. Most of the support [for such operations] is from Iran. Iran's money is more influential."[20] A senior Fatah official and member of the Palestinian Legislative Council offered a similar assessment, saying that while "some of Tehran's money over the past three years [2001-2004] may go to supporting health and humanitarian services in Gaza," the bottom line is that the "money from Tehran that goes to Hamas is for the political leaders of Hamas and for the bombings, not for the Palestinians." Iran, the official stressed, "is not really interested in the Palestinian cause." Indeed, "the Palestinian agenda and the creation of a Palestinian state in not in Iran's interests."[21]

---

[17] Molly Moore and John Ward Anderson, "Suicide Bombers Change Mideast's Military Balance," Washington Post, August 17, 2002.
[18] Zeev Schiff, "Iran and Hezbollah Trying to Undermine Renewed Peace Efforts," *Haaretz*, May 12, 2004
[19] Plaintiffs Exhibit 3; "Iran as a State Sponsoring and Operating Terror," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, April 2003, available online at http://www.intelligence.org.il/eng/iran.htm
[20] Author interview with Abdel-Elah Al-Khatib, Amman, Jordan, November 10, 2004
[21] Author interview with Hatem Abd al-Qader, East Jerusalem, Israel, November 17, 2004

Palestinian leaders have good reason to resent Iranian influence and pressure on radical Palestinian groups.  A confiscated Palestinian document reports on a May 19, 2000 meeting between the Iranian ambassador and Hamas, Islamic Jihad, and Hezbollah at the Iranian Embassy in Damascus.  According to the report, "during the meeting the Iranian ambassador demanded that the above-mentioned persons carry out military operations in Palestine without taking responsibility for these operations."[22]  According to another Palestinian intelligence document dated October 31, 2001, officials from Hamas, Islamic Jihad and Hezbollah had been meeting in Damascus "in an attempt to increase the joint activity inside [i.e. in Israel, the West Bank and Gaza] with financial aid from Iran."  The meeting was held "after an Iranian message had been transferred to the Hamas and Islamic Jihad leaderships, according to which they must not allow a calming down [of the situation] at this period."  The Iranian funds, the report added, were to be transferred by Hezbollah.[23]  Not surprisingly, U.S. courts have concluded that "Iran provides ongoing terrorist training and economic assistance to Hamas," and found that Iran has "provided material support and resources to Hamas and its operatives, for the specific purpose of carrying out acts of extrajudicial killing."[24]

Jordan's King Abdullah II highlighted one such Iranian funded operation when he visited President Bush on February 1, 2002.  The King reportedly presented the president with evidence that Iran had sponsored no fewer than seventeen attempts to launch rockets and mortars at Israeli targets from Jordanian soil.[25]  This was, according to the king, an Iranian plot aimed at undermining the Jordanian regime and opening a new front against Israel.  Detained Hezbollah, Hamas, and PIJ terrorists had apparently admitted to having been trained, armed, and funded by Iranian instructors at Hezbollah camps in Lebanon's Beka'a Valley.  This story was raised in passing at a hearing of the House International Relations Committee on February 6, 2002, when Representative Benjamin Gilman asked Secretary of State Colin Powell to respond to the above reports.[26]  Powell replied that the United States was taking the issue seriously: "We are going to make sure that the Iranians understand that this is inappropriate and that there are consequences to bear . . . We're using the channels that are available to us to bring pressure on the Iranians."[27]  In light of the exposure of Iranian-funded Hamas operations on Jordanian soil, it is understandable that a senior Jordanian diplomat conceded being "nervous about Hamas in

[22] "Iran as a State Sponsoring and Operating Terror," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, April 2003, available online at http://www.intelligence.org.il/eng/iran.htm

[23] Plaintiffs' Exihbit 4; "Iran and Syria as Strategic Support for Palestinian Terrorism," (Report based on the interrogations of arrested Palestinian terrorists and captured Palestinian Authority documents), Israel Defense Forces, Military Intelligence, September 2002, available online at http://www.intelligence.org.il/eng

[24] *Diana Campuzano et al v. The Islamic Republic of Iran,* United States District Court for the District of Columbia, Civi Action No.: 00-2328 (RMU), January 2003

[25] Daniel Sobelman, "Jordan Uncovers Iranian Plan to Initiate Attacks on Israel," *Ha'aretz* (Tel Aviv), February 5, 2002.

[26] Plaintiffs Exhibit 5; *The President's International Affairs Budget Request for FY 2003: Hearing before the Committee on International Relations, House of Representatives,* 107th Cong., 2nd sess., February 6, 2002. Available online (http://commdocs.house.gov/committees/intlrel/hfa77532.000/hfa77532_0f.htm).

[27] *The President's International Affairs Budget Request for FY 2003: Hearing before the Committee on International Relations, House of Representatives,* 107th Cong., 2nd sess., February 6, 2002. Available online (http://commdocs.house.gov/committees/intlrel/hfa77532.000/hfa77532_0f.htm).

Jordan" and concerned about the "dirty game" being played by Iran.  "Iran plays an indirect role in Jordan," the official said, "mainly through Lebanon.  And of course Iran influences Hamas." This is a particular problem, he noted, because the large percentage of ethnic Palestinian Jordanians with strong familial ties and historical roots to the West Bank and Gaza means that "if someone sneezes in Gaza, we get the flu here [in Jordan]."[28]

Iranian involvement in the *Karine-A* weapons smuggling ship – intercepted by the Israeli Navy in the Red Sea in January 2003 – is well documented. The White House described evidence of Iran's role in the *Karine-A* incident as "compelling," a conclusion echoed in the statements of Director of Central Intelligence Tenet, senior State Department officials, and European officials. Speaking before the European Parliament in Strasbourg in February 2002, European Union head of foreign affairs Javier Solana described the *Karine-A* as "the link between Iran and the PA."[29]

The *Karine-A* episode stood out not only due to the magnitude and audacity of the quantity of arms Iran attempted to smuggle (more than fifty tons of weapons valued at over $2 million were destined for Palestinian militants in this one plot), but due to the quality of these weapons as well.  The weapons seized aboard the *Karine-A* have been described as "force multiplier weapons systems" that would have drastically shifted the balance of power between Israeli forces and Palestinian militant groups.  The weapons included 107 and 122 mm rockets and launchers with ranges of up to twenty kilometers, antitank launchers and 120 mm mortars and mortar bombs, antipersonnel mines, small arms and ammunition, and more.  Some of these arms still bore serial number markings revealing they were produced in Iran in 2001, including PG-7 Tandem and PG-7 Nader antitank rockets, and YM3 antitank and YM1 antipersonnel mines.  While carried out by Hezbollah, the entire operation was financed by Iran.[30]

While by far the biggest smuggling plot Iran funded, the *Karine-A* is by no means the only one.  Hezbollah and the PFLP-GC were both involved in other maritime smuggling efforts involving the Santorini and the Calipso-2, which between them made three successful smuggling runs to Gaza and the Egyptian Sinai -- in November 2000 and twice in April 2001-- before a fourth attempt was thwarted by the Israeli Navy in May 2001.[31]  In May 2003 the Israeli Navy intercepted the *Abu Hassan*, a fishing vessel on which Hezbollah was attempting to smuggle to Palestinian militants 36 CD-ROM's featuring bomb making instructions, detonators, and a radio activation system compatible with rockets, suicide bombs, and remote-controlled explosives. The commandos also captured Hamad Abu Amar, a Hezbollah explosives expert, on board the boat.[32]

---

[28] Author interview with Ali al-Ayed, Jordanian Foreign Ministry, Amman, Jordan, November 10, 2004
[29] Sharon Sadeh, "EU Says *Karine-A* Affair Changed Mideast Conflict," *Ha'aretz* (Tel Aviv), February 7, 2002.

[30] Plaintiffs Exhibit 4; "Iran and Syria as Strategic Support for Palestinian Terrorism," (Report based on the interrogations of arrested Palestinian terrorists and captured Palestinian Authority documents), Israel Defense Forces, Military Intelligence, September 2002, available online at http://www.intelligence.org.il/eng
[31] Plaintiffs Exhibit 4; "Iran and Syria as Strategic Support for Palestinian Terrorism," (Report based on the interrogations of arrested Palestinian terrorists and captured Palestinian Authority documents), Israel Defense Forces, Military Intelligence, September 2002, available online at http://www.intelligence.org.il/eng
[32] Greg Myre, "Israel Says Explosives Expert Was on Fishing Boat It Seized," *The New York Times*, May 22, 2003

As part of its agenda to undermine prospects for Israeli-Palestinian peace, target Israel, and challenge the West, Iran actively trains Palestinian terrorist recruits, both directly and through Hezbollah, its primary terrorist proxy. Perhaps the best known case is that of Hassan Salamah, the Hamas commander who was the mastermind behind the string of suicide bus bombing carried out by Hamas in February and March 1996. Both in his statements to Israeli police and an interview on CBS's "*60 Minutes*," Salamah noted that after undergoing ideological indoctrination training in Sudan he was sent to Syria and from there transported to Iran on an Iranian aircraft to a base near Tehran. Osama Hamdan, Hamas's representative to Iran at the time, met Salamah in Tehran, after which Salamah underwent three months of military training at the hands of Iranian trainers. With the help of a translator (Salamah did not speak Farsi and his trainers did not speak Arabic well), Salamah was trained to use explosives, automatic weapons, hand grenades, shoulder-fired missiles, ambush techniques, how to deactivate land mines and extract their explosive material, and how to build trigger mechanisms for bombs. By his own statement, Salamah received all his military training in Iran.[33]

Iran also runs terrorist training camps of its own in Lebanon, aside from the Iranian-funded camps Hezbollah operates there. In August 2002, Tehran was reported to have financed camps under General Ali Reza Tamzar, commander of Islamic Revolutionary Guard Corps (IRGC) activity in Lebanon's Beka'a Valley. These camps were designed to train Hezbollah, Hamas, Palestinian Islamic Jihad, and Popular Front for the Liberation of Palestine–General Command (PFLP-GC) terrorists in the use of the short-range Fajr-5 missile and the SA-7 antiaircraft rocket.[34] The IRGC training program, which reportedly costs Iran $50 million annually, also trains Lebanese and Palestinian terrorists to carry out "underwater suicide operations."[35] While training terrorists in the Beka'a Valley, the IRGC and MOIS simultaneously run several terrorist camps in Iran.[36] As of August 2002, more than seventy foreign recruits—mostly Arabs—were reportedly undergoing vigorous training under the command of the IRGC's Qods Force in two camps.[37] At least fifty were being trained at the Imam Ali Garrison in Tehran while another twenty-two were being trained at the Bahonar Garrison, a Qods Force base located north of Tehran. Trainees were instructed to hide their connection to Iran and were warned by a Qods commander that "subsequent to September 11, our activities have become more sensitive."[38]

In an indication of the Iranian leadership's promotion of anti-Americanism and legitimization of acts of terrorism, Iranian hard-liners constructed a monument in Tehran at the Behesht-e Zahra cemetery commemorating the Hezbollah suicide truck bombing that killed 241 U.S. servicemen in Lebanon in 1983. The Committee of the Commemoration of Martyrs of the

---

[33] Transcript of "Suicide Bomber: The Planning of the Bloodiest Suicide Bombing Campaign in Israel's History," *CBS 60 Minutes*, October 5, 1997
[34] "Iran Establishes Rocket Training Centers in Lebanon," Middle East Newsline, August 8, 2002
[35] Nicholas Blanford, "Report Claims Iran Running Beka'a Training Camp," *Daily Star* (Beirut), August 13, 2002. This article also appeared in Arabic in the Beirut daily *An Nahar*
[36] The Beka'a Valley terrorist training program was apparently the result of a secret meeting in the Tehran suburb of Darjah on June 1, 2002. The meeting occurred just in advance of the previously mentioned two-day conference convened in Tehran (June 1–2) in support of the Palestinian intifada. See Blanford, "Report Claims Iran Running Beka'a Training Camp."
[37] Sean O'Neill, "Terror Training 'Run by Hardline Mullahs,'" *Daily Telegraph* (London), August 12, 2002
[38] Sean O'Neill, "Terror Training 'Run by Hardline Mullahs,'" *Daily Telegraph* (London), August 12, 2002

Global Islamic Campaign sponsored the monument and is dedicated to registering "martyrdom seeking" volunteers (i.e., suicide bombers).   Within one year the group registered 35,000 volunteers.[39]   This is up from 25,000 in early December, which means that in a little less than five months the group was able to add an additional 10,000 willing suicide bombers.  During one recruiting drive Maryam Partovi, 31, a mother of two, said, "As a Muslim, it is my duty to sacrifice my life for oppressed Palestinian children."  Over 400 "volunteers" signed up at that event, and President Khatami's adviser on women's affairs and a representative of Khamenei was present, giving some sort of official backing to the event.[40]  According to the Committee's officials, the group said they would only carry out attacks if Ayatollah Khomeini authorized them, highlighting the Iranian leadership's direct connection to Iranian-sponsored terror attacks.[41]

At times, Iran's support for Hamas has taken on a life of its own.  Consider, for example, the case of U.S.-designated terrorist Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative with ties not only to Iran but to al Qaeda and Iraqi militants as well.  The State Department described Abu Ghazala as an "improvised explosive device (IED) facilitator" and an operative who plays an "integral role in Hamas."   But he was also wanted by Iraqi authorities—who put a $50,000 bounty on his head—for "disseminating numerous remote detonation device designs used by former regime elements and terror organizations in Iraq."[42]

## IV. The Importance of Iranian Funding for Hamas Operations

The cost of running Hamas encompasses interdependent but separate operational, political, and social-service expenses. Without the significant funding it needs to carry out its terrorist, political, and social activities—which are interdependent and mutually reinforcing endeavors—Hamas could not function.  Iran, as detailed above, plays a critical role in funding, providing material support, arming, and training Hamas operatives.

Iranian funding goes a long way towards helping Hamas bear the significant financial burden of underwriting its operations.  Operational costs include entities like weapons and ammunition, explosive precursors, chemicals for bombs and poisoning, safe houses, communications, travel, transportation, bribes, intelligence payments, and training. They are contingent on political and social-service costs. These expenditures comprise propaganda, print collateral, and political campaigns in the political realm and salaries, overhead, payments to orphans and widows, education, health, and food in the social welfare service domain. These social-service costs are far more expensive than purely operational costs, accounting for large-scale and long-term infrastructure investments. This infrastructure forms the foundation not only for Hamas' social welfare but its political, guerilla, and terrorist activities as well. And, money being fungible, the funds raised by and for this social-service infrastructure benefit individuals, organizations, and activities throughout Hamas and its component parts.

---

[39] Hafezi, Parisa. "Iranian hardliners register as suicide bombers." *Reuters*.  21 April 2005.
[40] Hafezi, Parisa. "Iranian hardliners register as suicide bombers." *Reuters*.  21 April 2005.
[41] "Iran Hard-liners Mark 1983 Attack on U.S. Marines." Reuters.  2 Dec 2004.
[42] Plaintiffs' Exhibit 6; "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," U.S. Department of State, September 22, 2011, http://www.state.gov/r/pa/prs/ps/2011/09/173352.htm

Speaking before a gathering of G-7 finance ministers in February 2005, U.S. Treasury Undersecretary John Taylor highlighted the critical role that combating terror-financing plays in undermining terrorist groups' long-term capabilities. "By breaking the financial backbone of terrorist groups and insurgents," he said, "we can encumber and thwart their short-term ambitions while rupturing their long-term agendas. Choking off funds that aid terrorists can lead to the ultimate ruin of terrorist organizations."[43]

While it is true that any given terrorist attack may be relatively inexpensive, the actual funding of discrete operations accounts for a small fraction of a terrorist group's expenses. Bullets and bombs are cheap, and a suicide bombing can cost as little as a few thousand or even a few hundred dollars. But this manner of accounting neglects to account for the high cost of maintaining the financial and logistical support network that terrorists carrying out such attacks must draw upon time and again. Terrorist organizations incur many long-term costs, including renting safe houses, buying loyalties, maintaining the physical infrastructure of their networks, paying member salaries, printing posters and banners, and other costs. As a U.S. General Accounting Office report found, the cost of funding an actual operation accounts for "a small portion of the assets that terrorist organizations require for their support infrastructure such as indoctrination, recruitment, training, logistical support, the dissemination of propaganda, and other material support." When we fail to account for more than just bullets and explosives, we may well come to the mistaken conclusion that terrorism is an inexpensive business. Such an assumption may lead even concerned observers to conclude that most of the massive funds raised by Hamas go toward its political and public-service projects; in fact the social and political wings of Hamas play essential--and expensive--roles in maintaining the group's operational terrorist capacity.[44]

Estimates of Hamas' total annual budget range from $30 million to $90 million a year. According to FBI testimony before Congress in 2003, the U.S. government believes that Hamas' annual budget is at least $50 million. Hamas receives an estimated $25 million to $30 million of foreign funding through its charitable *dawa* network each year. This money goes to terror activities, social welfare, and ambiguously overlapping areas such as money paid to the families of suicide bombers. According to the Jordanian General Intelligence Directorate, it costs $2.8 million per month, or $33.6 million a year, just to run Hamas activities in the Palestinian territories. Israeli Shin Bet experts believe that this figure accounts merely for the money passing through Jordan, and that the total figure from all sources is much higher.[45]

There is a range of opinion regarding what constitutes the cost of a Palestinian terror attack. In a 2002 interview, Salah Shehada, the founder of Hamas' Izz al-Din al-Qassam Brigades, claimed an operation could cost from $3,500 to $50,000. A Hezbollah member has put the figure of a terror attack at $665–$1,105 (3,000–5,000 NIS). Another terrorist from Palestinian Islamic Jihad, Ahmad Sari Hussein, received $2,210 (10,000 NIS) for his terrorist

[43] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 53.
[44] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 54.
[45] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 54.

activity, while Wael Ghanam, a Tanzim activist from the Tulkarem refugee camp, said he
received $7,000 to manufacture explosive charges. Others have claimed that a suicide bombing
mission could be set up for as little as $150, consisting essentially of a bomb of chemicals (sugar
or fertilizer), a battery, a light switch, wire, and a belt. Still others figure the cost of each bomb
belt at $1,500 to $4,300.[46]

Operation Defensive Shield, a large-scale military operation carried out by the IDF in
April 2002 against Palestinian targets in the West Bank, uncovered useful information about the
cost of a representative attack. On November 27, 2001, a joint Palestinian Islamic Jihad–
Fatah/al-Aqsa Martyrs Brigades shooting attack was carried out at the central bus station in
Afula, a city in northern Israel. Two Israeli civilians were killed and forty-eight wounded.
According to a letter from one Islamic Jihad operative to another that was seized by Israeli
soldiers, money earmarked for this attack was transferred from the Islamic Jihad headquarters in
Damascus. The document states that "the remainder of the action's expenses" was a sum of
$31,000. Another example revealing the broader costs of a terrorist attack comes from a bombing
on July 31, 2002, at Jerusalem's Hebrew University, an attack that murdered seven civilians,
including five Americans, and wounded eighty-six others. At a mall rally in Amman, Jordan,
leaders of the Jordanian Islamic Action Front (IAF) honored the suicide bombing and asserted
that the attack cost $50,000.[47]

While some terrorism experts claim that suicide bombers are the most cost-effective
weapons available to terrorists, maintaining an infrastructure with the ability to deliver an
unremitting campaign of such suicide attacks remains costly. While suicide bombers do make
ultimate "smart bombs"--able to make calculated decisions and make undercover corrections en
route to their targets--they are not inexpensive to deploy. To be accurate, financial estimates of
terrorist attacks should also account for the costs of establishing and maintaining logistical
support networks, such as recruitment and bomb making. The more money you have, the
smoother your particular terrorism machinery operates. Moreover, Hamas and other Palestinian
groups invest money in aggressive intelligence collection--primarily bribing officials--in an
effort to penetrate the Palestinian Authority or other targets. For example, a Palestinian
intelligence document dated February 2002 details the activities of Hamas and Islamic Jihad
cells in the Jenin area and openly concedes that both groups "have penetrated into the security
apparatuses in Jenin, including the General Intelligence, through money payments." In one
instance, for the sum of $1,500 to $3,000, Hamas and Islamic Jihad obtained intelligence from
officers affiliated with the Palestinian General and Preventive Intelligence services, including
advance warning of pending arrests.[48]

For illustrative purposes, here is how one Hezbollah member itemized the expenses for a
typical Palestinian terrorist operation:

- M-16 A2 assault rifle: $6,642 (30,000 NIS)

---

[46] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University
Press), 54-55.
[47] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University
Press), 55.
[48] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University
Press), 55-56.

- M-16 AI assault rifle: $4,428–$5,313 (20,000–24,000 NIS)
- AK-47 assault rifle: $1,550–$2,210 (7,000–10,000 NIS)
- Sanobal (locally made) rifle: $1,105 (5,000 NIS)
- Handgun: $1,439–$1,771 (6,500–8,000 NIS)
- Bullets for AK-47: $2.20 (10 NIS) each
- Bullets for Sanobal gun or rifle: $0.55 (2.5 NIS) each
- Bullets for M-16: $0.44 (2 NIS) each
- Stolen vehicle or a vehicle without licenses: $656–$1,550 (3,000–7,000 NIS)
- A cellular phone chip: $11 (50 NIS)

In other words, the costs for operations can add up quickly, and the larger costs of running an organization the size of Hamas, including its political and social-service wings—which provide both direct and indirect support for operations—are much larger still and accumulate all that much faster. Iranian support for Hamas, therefore, is critical.

According to the US State Department, Iranian state sponsorship of Hamas is critical not only in terms of providing the material and funds with which to carry out terrorist operations, but also the rhetorical support necessary to keep up the pace of such operations:

> During 2003, Iran maintained a high-profile role in encouraging anti-Israeli activity, both rhetorically and operationally. Supreme Leader Khamenei praised Palestinian resistance operations, and President Khatami reiterated Iran's support for the "wronged people of Palestine" and their struggles. Matching this rhetoric with action, Iran provided Lebanese Hizballah and Palestinian rejectionist groups—notably HAMAS, the Palestine Islamic Jihad, and the Popular Front for the Liberation of Palestine–General Command—with funding, safe haven, training, and weapons. Iran hosted a conference in August 2003 on the Palestinian intifadah, at which an Iranian official suggested that the continued success of the Palestinian resistance depended on suicide operations.[49]

This support proved effective, by the standards of Hamas's operational tempo. As the same State Department report noted:

> HAMAS was particularly active, carrying out more than 150 attacks, including shootings, suicide bombings, and standoff mortar-and-rocket attacks against civilian and military targets. The group was responsible for one of the deadliest attacks of the year—the suicide bombing in June on a Jerusalem bus that killed 17 people and wounded 84. Although HAMAS continues to focus on conducting antiIsraeli attacks, it also claimed responsibility for the suicide bombing at a restaurant adjacent to the US Embassy in Tel Aviv, demonstrating its willingness to attack targets in areas frequented by foreigners.[50]

In fact, according to the Israeli government report dated April 2004, Iran has also been involved in actually directing terrorist attacks targeting Israel. From early 2002 to April 2004, the report recorded, Iran directed twenty-one attacks carried out by the Fatah organization's Tanzim militant wing, which left fifty-one Israelis dead and 216 wounded. During this time period, the report added, Hamas operated more independently from Iran than the Tanzim, but

---

[49] Plaintiffs Exhibit 7; *Patterns of Global Terrorism 2003*, U.S. State Department, "Overview of State Sponsored Terrorism," http://www.state.gov/documents/organization/31944.pdf
[50] Plaintiffs Exhibit 7; *Patterns of Global Terrorism 2003*, U.S. State Department, "Middle East Overview," http://www.state.gov/documents/organization/31942.pdf

continued to receive "financial support, training and professional guidance from the Iranians." In fact, the report added, "the connections between the Hamas and Iran have grown stronger since the start of the Al Aqsa Intifada, and the Hamas even have a representative in Iran."[51]

This relationship has continued over time. According to a 2010 U.S. Department of Defense report on Iran's military power, Iran provides Hezbollah and several Palestinian terrorist groups—including Hamas—"with funding, weapons, and training to oppose Israel and disrupt the Middle East Peace Process." Iran's support for Hamas and other Palestinian terrorist groups, the Defense Department report added, "produced improvements in the groups' capabilities and increased the threat to Israeli and U.S. interests in the region." Citing one specific example the report noted that "Iranian training and material support assisted Hamas in the development of the Qassam rocket, extending the range to 40km." More generally, it noted that "Iran continues to supply weapons, money, and weapons components to Palestinian extremist groups that are then smuggled into Gaza through tunnels in the Philadelphi corridor" (which runs along the Gaza-Egypt border).[52]

Iran's critical support of Hamas has also been noted by Human Rights Watch:

> Iran has also reportedly provided training and other forms of support to Hamas. In a recently published interview, Hassan Salameh, a Hamas member from Gaza serving forty-six consecutive life sentences in Israel for his role in the 1996 suicide bombings, said that after he fled to Sudan via Jordan in 1993, "the organization arranged a training camp for us and flew us to Syria and then to Iran." In June 2002, the regional press reported high-level meetings of Iranian, Hamas and Islamic Jihad officials in Iran, and noted that Iranian authorities had decided to increase the financial aid given to Hamas and Islamic Jihad.[53]

According to a study released by the U.S. Institute for Peace, not only has Iran provided key aid to Hamas, but Hamas has publicly thanked Iran for said support:

> Iran reportedly provided military aid and training for dozens of men in Hamas' military wing, the Izz ad-Din al Qassam Brigades. Iran also allegedly supplied much of the military equipment that Hamas used against Israel in the December 2008 Gaza war. Hamas leader Khaled Mashaal visited Tehran in February 2009, after the war ended, to thank Iran for its help during the conflict, citing Iran as a "partner in victory."[54]

Indeed, Hamas leaders are often rather blunt about the support the group receives from Iran. The Congressional Research Service (CRS) notes the comments of Hamas Secretary General Khaled Mishal to al Jazeera TV in December 2009; "During a December 2009 visit to Tehran, Hamas politburo chief Khaled Meshaal said, 'Other Arab and Islamic states also support us ... but the Iranian backing is in the lead, and therefore we highly appreciate and thank Iran for this.'" What's more, the CRS report adds, Iranian support has a direct impact on Hamas' military and political activities: "Possible Iranian-supported smuggling of weapons, cash, and other

---

[51] *Iranian Activity for the Instigation of the Palestinian Intifada*, Israeli government report, April 2004
[52] Plaintiffs Exhibit 8; Unclassified Report on Military Power of Iran, April 2010, U.S. Department of Defense, http://www.foxnews.com/projects/pdf/IranReportUnclassified.pdf
[53] Plaintiffs' Exhibit 9; Erased in a Moment: Suicide Bombing Attacks Against Israeli Civilians, Human Rights Watch, October 2002, p. 108, http://www.hrw.org/reports/2002/isrl-pa/ISRAELPA1002.pdf
[54] Plaintiffs Exhibit 10; Rachel Brandenburg, "Iran and the Palestinians," *The Iran Primer*, U.S. Institute for Peace, http://iranprimer.usip.org/resource/iran-and-palestinians

contraband into the Gaza Strip, along with Iranian training for Gaza-based Hamas militants (who are able to travel to and from Iran and Lebanon after using the Gaza-Sinai tunnels), is believed to reinforce both Hamas's ability to maintain order and control over Gaza and its population, and Palestinian militants' ability to fire mortars and rockets into Israel."[55]

In December 2014, Hamas marked its 27th anniversary with rallies and marches featuring Hamas leaders and Izz a-Din al-Qassam Brigades operatives.  Qassam Brigades spokesman Abu Ubeida made it a point to single out Iran for special thanks:

> Since Allah graced us with this development [of the Al-Qassam Brigades], and with this victory and this humiliation of the enemy, we have only to thank those whom Allah enlisted  to take part in this development... first and foremost the Islamic Republic of Iran, which did not withhold from us funds, weapons and other [forms of aid] and helped us in our resistance by supplying us with missiles that pulverized the Zionist strongholds during the attacks and battles we waged against the occupier, and also supplied us with quality anti-tank missiles that crushed the legendary Zionist Merkava [tank].[56]

In a video posted by Hezbollah's al-Manar television station, Hamas leader Khaled Mishal publicly acknowledged: "Some of our weapons are manufactured in Gaza and some our brought from those who support us. Iran has a role in arms and financial support."[57]

## V. The Purpose of Hamas Attacks

Hamas, both an acronym for *Harakat al-Muqawama al-Islamiya* (Islamic Resistance Movement) and an Arabic word meaning 'zeal', is a Palestinian Islamist group that emerged in 1987 as an outgrowth of the Palestinian branch of the Egypt-based Muslim Brotherhood. Hamas was founded in December of that year with the goal of eliminating the State of Israel and establishing in its place an Islamist state in all of what was once British Mandatory Palestine--a territory that today comprises Israel, the West Bank, and the Gaza Strip. Hamas employs a three-pronged strategy to achieve this goal: (1) social welfare activity that builds grassroots support for the organization, (2) political activity that competes with the secular Palestinian Authority (PA), and (3) guerilla and terrorist attacks that target Israeli soldiers and civilians. Hamas also seeks to counter what it perceives as the secularization and Westernization of Arab society, and to become internationally recognized as the sole representative of the Palestinian people, a distinction held by the Palestine Liberation Organization (PLO) since the 1974 Arab League conference in Rabat, Morocco.  Hamas' slogan, as declared in Article 8 of the group's charter, reflects the centrality of violent *jihad*--religiously sanctioned resistance against perceived enemies of Islam--to these strategies: "Allah is its target, the Prophet is its model, the Koran its

---

[55] Plaintiffs Exhibit 11; Jim Zanotti, "Hamas: Background and Issues for Congress," Congressional Research Service, December 2010, https://fas.org/sgp/crs/mideast/R41514.pdf
[56] Plaintiffs Exhibit 12; "Hamas Senior Officials At Movement's 27th Anniversary Celebrations: We Will Not Recognize Zionist Entity Or Be Satisfied With A Palestinian State Within 1967 Borders; We Thank Iran For Supplying Us With Weapons, Missiles," Special Dispatch No. 5905, Middle East Media Research Institute (MEMRI), December 16, 2014, http://www.memri.org/report/en/0/0/0/0/0/0/8336.htm
[57] Plaintiffs' Exhibit 13; "Palestinians to Respect Truce if Israel Does—Mishaal," Reuters, November 21, 2012; see video here: https://www.youtube.com/watch?v=TQd87Ch1Ic8

constitution: Jihad is its path and death for the sake of Allah is the loftiest of its wishes."[58] Indeed, the National Counterterrorism Center notes the importance of the group's charter: "The group's charter calls for establishing an Islamic Palestinian state in place of Israel and rejects all agreements made between the PLO and Israel."[59]

Hamas leader Khaled Mishal maintains that by virtue of being an occupied people, Palestinians have every right to use all means at their disposal—implying terrorist attacks—to "resist" that occupation. For some Palestinians that may lead to a two-state solution, but for Hamas the goal is to destroy Israel and create an Islamic Palestinian state in its place. "The Palestinian people were living in peace and security, then the Israelis occupied the land," Khaled Mishal explained to CNN. "According to international law, and according to the Divine laws, the Americans and all peoples, when they are occupied, they resist with all that they have."[60]

Maryam Farahat, the mother of Atzmona attacker Mohammad Farahat (see below), echoed this rationale for such attacks in a televised interview. Justifying attacks against both military and civilian targets, she explains: "They are all occupiers. Whoever comes from abroad and lives on the land of Palestine is considered an occupier, even if they are women or old people. They are all occupiers… there is no difference between men and women…. They are all occupiers and we must fight them by any legitimate means…. [And] all means are legitimate as long as the occupation continues… Peace means liberation of all of Palestine, from the [Jordan] River to the [Mediterranean] Sea…. These people are occupiers, and we want to banish them from our land."[61]

Since its founding in 1987, Hamas has committed countless acts of violence against both military and civilian targets, including suicide and other bombings, Qassam rocket, mortar fire, and shooting attacks. With the onset of the Second Intifada in September 2000, the pace of Hamas attacks increased dramatically. From September 29, 2000, through March 24, 2004, Hamas executed 52 suicide attacks killing 288 people and wounding 1,646 more. In total, Hamas conducted 425 terrorist attacks during this period killing 377 people and wounding 2,076.[62]

Hamas attacks increased throughout this period. In 2003 alone, Hamas was responsible for 218 acts of violence. That figure doubled in 2004, in which Hamas carried out 555 terrorist

---

58. "Terrorist Group Profiler," Canadian Secret Intelligence Service (CSIS), June 2002, Author's personal files; The report is referenced in Stewart Bell, "Hamas May Have Chemical Weapons: CSIS Report Says Terror Group May be Experimenting," National Post (Canada), December 10, 2003; "The Covenant of the Islamic Resistance Movement," Hamas Covenant 1988, The Avalon Project at Yale Law School, http://www.yale.edu/lawweb/avalon/mideast/hamas.htm
[59] "Hamas," Counterterrorism Guide, National Counterterrorism Center, http://www.nctc.gov/site/groups/hamas.html
[60] Bryony Jones, "Q&A: What is Hamas?" CNN, November 24, 2012, http://www.cnn.com/2012/11/16/world/meast/hamas-explainer/
[61] Plaintiffs' Exhibit 14; Interview with Um Nadal, uploaded October 23, 2011, https://www.youtube.com/watch?v=MKy4G3dHON4
62. Plaintiffs' Exhibit 15; Israel Ministry of Foreign Affairs, "Hamas Terrorist Attacks," Terror Background, March 22, 2004, http://www.mfa.gov.il/MFA/Terrorism-+Obstacle+to+Peace/Terror+Groups/Hamas+terror+attacks+22-Mar-2004.htm

attacks.  Also in 2004, Hamas mortar attacks increased by 500 percent and its Qassam rocket attacks increased by 40 percent compared to the previous year.[63]

Intended to terrorize not only the targeted individuals but the general Israeli population, Hamas attacks are indiscriminate in nature.  Hamas suicide bombings may not target Westerners but the group's shrapnel-studded suicide vests do not discriminate among passengers on Israeli buses or patrons at Israeli cafes.  As such, innocent civilians from around the world have been killed in Hamas attacks, including civilians from the United States, the United Kingdom, Ukraine, Romania, China, the Philippines and Sweden, among other nationalities. For example, on June 7, 2005 a Qassam rocket fired by Hamas killed a Chinese laborer working in the Ganei Tal settlement in the Gaza Strip.  Goldie Taubenfeld, an American mother of thirteen, was killed in a Hamas suicide bus bombing in Jerusalem on August 19, 2003 along with her three month old son. On September 19, 2002, Jonathan Jesner, a Scottish medical student was also murdered on a Tel Aviv bus when a Hamas suicide bomber detonated the explosive device he was wearing. Hamas has purposely targeted many busy civilian venues including, buses, bus stops, discotheques, restaurants, markets, universities and even a Passover Seder.[64]

Hamas attacks are intended to terrorize, to instill fear in the civilians who comprise the local population so that they will either leave or, at a minimum, pressure their leaders to give concessions to Hamas to stop the violence.  The attack on Atzmona is a case in point.  By targeting an Israeli settlement, Hamas sought to pressure the inhabitants to leave.  By attacking a pre-military training academy for 18 year old boys, Hamas sought to instill fear in prospective soldiers, and their parents, to undermine morale and increase unease about the cost of joining the Israel Defense Forces (IDF).

## VI. Hamas' responsibility for the March 7, 2002 Atzmona attack

In the immediate aftermath of the attack at Atzmona, major media outlets reported that the attack was claimed by Hamas. The BBC reported: "The radical group Hamas said it carried out the attack on Atzmona, with its 19-year-old gunman penetrating the heavily-guarded settlement to lob grenades and spray those inside with automatic gunfire."[65]   The Guardian reported: "The fury of Israel's military actions yesterday was fueled by the gravity of the overnight commando-style raid on the military academy of Atzmona. The Hamas militant launched his lone commando operation just before midnight on Thursday, slipping through two perimeter fences before bursting into a cluster of Nissan huts used as dormitories."[66]

---

63. Plaintiffs' Exhibit 16; Israel Ministry of Foreign Affairs, "Summary of Terrorist Activity 2004," MFA Library 2005,
http://www.mfa.gov.il/MFA/MFAArchive/2000_2009/2005/Summary%20of%20Terrorist%20Activity%202004
64. "Chinese Worker, Palestinian killed in Gaza Settlement Attack," Agence France Presse, June 7, 2005; Beyond Images, "The Family of Nations Under Fire: Victims of Palestinian Violence From 18 Countries," March 2, 2004, http://www.beyondimages.info/b79.html; Beyond Images, "Palestinian Suicide Bombings 1994-2004: Don't Let the World Forget. . .," September 2, 2004, http://www.beyondimages.info/b78.html
[65] Plaintiffs' Exhibit 17; "Attacks Overshadow U.S. Peace Moves," BBC, March 8, 2002,
http://news.bbc.co.uk/2/hi/middle_east/1861196.stm
[66] Plaintiffs' Exhibit 18; "Israel Descends into Chaos," The Guardian, March 8, 2002,
http://www.theguardian.com/world/2002/mar/09/israel3

As noted on the official website of the Israeli Foreign Ministry, Hamas claimed responsibility for this attack: "March 7, 2002: Arik Krogliak of Beit El, Tal Kurtzwei of Bnei Brak, Asher Marcus of Jerusalem, Eran Picard of Jerusalem, and Ariel Zan of Jerusalem, all aged 18, were killed and 23 people were injured, four seriously, when a Palestinian gunman penetrated the pre-military training academy in the Gush Katif settlement of Atzmona.  Hamas claimed responsibility for the attack."[67]

Hamas' claim of responsibility for the Atzmona attack is confirmed by the Global Terrorism Database, which is maintained by the National Consortium for the Study of Terrorism and Responses to Terrorism (START) at the University of Maryland.  START, a center of excellent of the U.S. Department of Homeland Security, is highly regarded in its field and now prepares the annual terrorism statistics for the State Department's annual terrorism report.  The START database records the Atzmona attack and Hamas' claim of responsibility for the attack:

> 03/07/2002: A Palestinian militant attacked the Atsmona Jewish settlement in the Gaza Strip and killed five civilians and wounded twenty four.  The militant infiltrated a pre-military training facility, threw grenades and shot available targets.  After a twenty minute gun battle with Israeli soldiers, the militant was shot dead.  A HAMAS representative claimed responsibility for the attack over a loud speaker, and identified the assailant as nineteen year old Mohammad Farahat.[68]

The fact that Mohammad Farahat was a Hamas operative was not news.  At one point, former head of Hamas' Izz a-Din al Qassam Brigades Imad Aqel took refuge from the authorities by hiding in the Farahat home, and was actually killed in the Farahat home.  Mohammad Farahat reportedly joined the Hamas military wing at that time, when he was just seven years old.  In an interview with the London-based Arabic daily *Al-Sharq Al-Awsat*, Farahat's mother, Maryam Farahat (aka Umm Nidal, also known as Umm Shuhada, or Mother of Martyrs, for the several sons, a daughter, and son-in-law who died in attacks targeting Israelis) explained:

> *Question*: "Imad 'Aql lived with you, and was killed in your home.  Did his personality influence Muhammad?

> *Umm Nidal*:  "Muhammad was seven when the martyr 'Imad 'Aql lived with us at home… Muhammad joined the [Izz al-Din] al-Qasam Brigades at age seven.  Despite his young age, he was [an] assistant to 'Imad 'Aql, the al-Qasam commander in the Gaza Strip.  While his brothers were absent, he would watch the road, and take messages from 'Aql to the mujahideen.  The martyr Muhammad was 'Imad's pupil.  Muhammad would listen to 'Imad and watch him plan operations."

> "Imad lived with us for 14 months, and he had a room in our house from which he would plan the operations.  The mujahideen would come to him and plan and sketch everything out, and little Muhammad would be with them, thinking and planning.  This was the source of Muhammad's love of martyrdom."[69]

---

[67] Plaintiffs Exhibit 19; "Victims of Palestinian Violence and Terrorism Since September 2000," Israel Ministry of Foreign Affairs,
http://www.mfa.gov.il/mfa/foreignpolicy/terrorism/palestinian/pages/victims%20of%20palestinian%20violence%20and%20terrorism%20sinc.aspx

[68] Plaintiffs' Exhibit 20; "Incident Summary, 03/07/2002," Global Terrorism Database, National Consortium for the Study of Terrorism and Responses to Terrorism (START) at the University of Maryland,
http://www.start.umd.edu/gtd/search/IncidentSummary.aspx?gtdid=200203070002

[69] Plaintiffs' Exhibit 21; "An Interview with the Mother of a Suicide Bomber," Translation of *Al Sharq Al Awsat*

Maryam Farahat went on to explain how the day of the Atzmona operation he recorded a video with his mother.  CNN ran a clip of the video in piece, in which Maryam Farahat wears a green Hamas headband and says if she had 100 sons like Mohammad she would readily send them all to die for the cause.[70]  "He prepared for the operation two days in advance, when the video was filmed."  She remained in contact with Mohammad after he set out to attack the Atzmona settlement.  "He set out to carry out the operation, and when he got to the area he spent the night with his friends there.  I was in contact with him and I asked him about his morale.  He told me he was happy.  Indeed, I saw his face happier than I had ever seen it."  Once he actually penetrated the settlement security fence, Mohammad's fellow Hamas operatives called his mother to let her know.  "When he entered the settlement, his brothers in the military wing [of Hamas] informed me that he had managed to infiltrate it."[71]

The al Qassam website, which is the official English language website of Hamas' military and terrorist wing's "information office," includes an article entitled "Um Nidal Farhat: Sacrifice without Limits" which details and glorifies Mohammad Farahat's attack on Atzmona. According to this Hamas article, Imad 'Aql was Maryam Farahat's son-in-law.[72]  A few years after the attack, in 2006, Maryam Farahat would run for (and win) a seat in the Palestinian Legislative Council on the Hamas ticket.  She would also erect a chicken-wire fence—taken from the Atzmona security fence—which visitors to her home would have to pass in order to enter.  A spray-painted explanation on the wall read: "Through this Mohammed got into the settlement."[73]

The Atzmona attack was by no means an isolated incident. In March alone, at least six other attacks occurred, with at least sixteen total attacks in the first six months of 2002. While not all attacks were claimed by Hamas, nine were publicly tied to the group.  In six other attacks around this time period the attacker's affiliations were undetermined.

**Confirmed Hamas attacks (other than March 7 Atzmona attack):**

- February 10: Two female soldiers were killed in a drive-by terrorist shooting at the entrance to the IDF Southern Command base in Be'er Sheva. Hamas claimed responsibility for the attack.[74]
- March 9: a Palestinian suicide bomber walked into Jerusalem's Moment Café in the city's Rehavia neighborhood at 10:30pm and blew himself up, killing at least 11 people and wounding over 50, 10 seriously.[75]

---

article, MEMRI Special Dispatch No. 391, June 19, 2002, http://www.memri.org/report/en/0/0/0/0/0/0/683.htm
[70] "Holy Land 2006 Gaza Um Nadal," CNN, https://www.youtube.com/watch?v=yfj6Pf6aNqg
[71] "An Interview with the Mother of a Suicide Bomber," Translation of *Al Sharq Al Awsat* article, MEMRI Special Dispatch No. 391, June 19, 2002, http://www.memri.org/report/en/0/0/0/0/0/0/683.htm
[72] Plaintiffs' Exhibit 22;  "Um Nidal Farhat: Sacrifice without Limits," Ezzedeen Al-Qassam Brigades, Information Office, August 3, 2014, http://www.qassam.ps/news-8131-Um_Nidal_Farhat_Sacrifice_without_limits.html
[73] Plaintiffs' Exhibit 23; "Mother of Martyrs' in Parliament for Hamas," Deutsche Presses-Agentur, January 31, 2006, http://www.arabnews.com/node/279724
[74] Lee Hockstader, "2 Soldiers Killed Outside Israeli Base," *Washington Post*, February 11, 2002, http://www.washingtonpost.com/archive/politics/2002/02/11/2-soldiers-killed-outside-israeli-base/d3e7e326-5113-45ab-aaa1-e6af61423ba7/.
[75] "Suicide Attack Hits Jerusalem Café," *BBC*, March 10, 2002, http://news.bbc.co.uk/2/hi/middle_east/1864570.stm.

- March 19: An Israeli soldier was killed and three others wounded, one seriously, when two gunmen opened fire on the soldiers as they slept in the Hamam al-Maliyah training facility in the northern Jordan Valley. Soldiers shot and killed the two gunmen. Hamas later claimed responsibility for the attack.[76]
- March 23: Soldiers guarding the crossing near Dugit in northern Gaza shot and killed two terrorists as they threw grenades at soldiers and an armored personnel carrier. The attack was attributed to Hamas.[77]
- March 27: Thirty Israelis were killed and around 150 were wounded when a suicide bomber detonated an explosive device in the dining room of the Park Hotel in Netanya. The bomber was sent by Hamas.[78]
- March 28: Four members of an Israeli family were killed when a Hamas gunman infiltrated into the settlement of Alon Moreh, burst into a house, and opened fire.[79]
- March 31: A Hamas suicide bomber targeted the Matza Restaurant in Haifa on a Sunday morning, killing fifteen people and injuring more than 35.[80]
- April 10: A Hamas suicide bomber blew up on an express bus during morning rush hour in northern Israel, killing at least eight. The bus was traveling from Haifa to Jerusalem, but was still on the outskirts of Haifa when the blast occurred.[81]
- May 19: Two Israelis were killed when a suicide bomber blew himself up in the market in Netanya. More than 50 others were wounded. Both Hamas and the Popular Front for the Liberation of Palestine claimed responsibility.[82]
- June 15: Two Israeli soldiers were killed and at least two others were injured in a gun and grenade attack near the Jewish settlement of Dugit, in the northern Gaza Strip. Hamas claimed responsibility.[83]

**Attackers with undetermined affiliations:**

- January 9: Four IDF soldiers and two Palestinian militants were killed in a gun battle that broke out after two Palestinians crossed a border fence and attacked an IDF outpost on the Gaza border near Kibbutz Keren Shalom.[84]
- February 6: A terrorist killed two Israelis and wounded five others, two of them children, after infiltrating Moshav Hamra in the Jordan Valley. The intruder was killed by soldiers after barricading himself in a house.[85]

---

[76] Margot Dudkevitch, "Hamas Gunmen Kill Soldier, Wound Three," *Jerusalem Post*, March 20, 2002, http://www.unitedjerusalem.org/index2.asp?id=84944&Date=3/20/2002.

[77] Greg Myre, "Grenade Attack Made Day Before Talks to Resume," *Associated Press*, March 24, 2002, http://staugustine.com/stories/032402/wor_595358.shtml#.VY2bbPlVhBd.

[78] Matti Friedman, "Ten Years After Passover Blat, Survivors Return to Park Hotel," *Times of Israel*, March 27, 2012, http://staugustine.com/stories/032402/wor_595358.shtml#.VY2bbPlVhBd.

[79] Tal Rosner, "Hamas Ordered to Pay NIS 100 Million," *YNet News*, January 22, 2006, http://www.ynetnews.com/articles/0,7340,L-3204668,00.html.

[80] James Bennet, "Mideast Turmoil: The Violence; Bomber Strikes Jews and Arabs At Rare Refuge," *New York Times*, April 1, 2002, http://www.nytimes.com/2002/04/01/world/mideast-turmoil-the-violence-bomber-strikes-jews-and-arabs-at-rare-refuge.html.

[81] Joel Greenberg, "Mideast Turmoil: Haifa; New Suicide Raid Casts Doubt on Israeli Strategy," *New York Times*, April 11, 2002, http://www.nytimes.com/2002/04/01/world/mideast-turmoil-the-violence-bomber-strikes-jews-and-arabs-at-rare-refuge.html.

[82] "Bomb Shatters Israeli Calm," *BBC*, May 19, 2002, http://news.bbc.co.uk/2/hi/middle_east/1997012.stm.

[83] "Israelis Shot in Gaza Attack," *BBC*, June 15, 2002, http://news.bbc.co.uk/2/hi/middle_east/2046446.stm.

[84] "Maj. Ashraf Hawash," Israel Ministry of Foreign Affairs, January 9, 2002, http://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Victims/Pages/Maj%20Ashraf%20Hawash.aspx.

[85] Amos Harel, "IDF Calls Soldiers' Performance During Hamra Terror Attack a 'Complete Failure,'" *Haaretz*,

- April 27: Two Palestinian terrorists disguised as Israeli soldiers infiltrated the settlement of Adora, near Hebron, and carried out a house-to-house killing spree. Four residents were killed, including a five-year-old girl, who was shot in the head from close range as she slept in her parents' bedroom. Seven people were injured, two critically. The attack was claimed by the Popular Front for the Liberation of Palestine.[86]
- May 7: A suicide bomber detonated a powerful bomb in a crowded billiards hall in Israel, killing fifteen and wounding more than 50. The attack took place at the "Sheffield Club" pool hall, on the third floor of a building in Rishon LeTzion, South of Tel-Aviv. The building, located in a suburban industrial zone filled with shops, was about a block distant from one of the country's largest shopping malls. There were conflicting claims as to Hamas' responsibility.[87]
- June 8: Two Israelis settlers and one Israeli soldier were killed by Palestinian gunmen in the Karmei Tzur settlement in the West Bank.[88]
- June 18: A Palestinian suicide bomber blew himself up on a bus at the Patt intersection in Jerusalem, killing at least 14 people and wounding another 50.[89]

## Conclusion

Iran provides significant financial and material support to Hamas, without which Hamas could not have carried out the quantity or quality of attacks it did during the Second Intifada. This enables Hamas to carry out attacks from indiscriminate suicide bombings to shooting sprees and more, sometimes targeting soldiers but often civilians, in an effort to terrorize the Israeli population and seek the establishment of an Islamic state in the place of Israel. Hamas claimed responsibility for the Atzmona attack of March 7, 2002. In fact, the attack, the attacker, and the attacker's family have all become part of Hamas lore. The attack has been featured on the Qassam Brigades website and highlighted by the attacker's mother, a Hamas parliamentarian, who lauds her son and his terrorist attack as an example to be followed.

---

February 8, 2002, http://www.haaretz.com/print-edition/news/idf-calls-soldiers-performance-during-hamra-terror-attack-a-complete-failure-1.53414.

[86] Michael A. Lev, "Gunmen Kill 4 in Jewish Settlement," *Chicago Tribune*, April 28, 2002, http://articles.chicagotribune.com/2002-04-28/news/0204280194_1_israeli-soldiers-jewish-settlement-west-bank.

[87] Lee Hockstader and Doug Struck, "Suicide Blast At Pool Hall Ends Respite," *Washington Post*, May 8 2002, http://www.washingtonpost.com/archive/politics/2002/05/08/suicide-blast-at-pool-hall-ends-respite/32d1d8f7-0ee9-459d-9788-2d6a49b58423/.

[88] Tracy Wilkinson, "West Bank Couple Were Shot to Death on Their Doorstep," *Los Angeles Times*, June 9, 2002, http://articles.latimes.com/2002/jun/09/world/fg-izpals9.

[89] Mary Curtius, "Bombing Aboard Bus Kills 14 in Jerusalem," *Los Angeles Times*, June 18, 2002, http://articles.latimes.com/2002/jun/18/world/fg-bomb18.

Dated:   July 8, 2015

_____
Dr. Matthew Levitt