UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NETHANIEL CHAIM BLUTH, et al.,** )<br>)<br>**Plaintiffs,** )<br>) <br>v. )<br>)<br>**ISLAMIC REPUBLIC OF IRAN, et al.** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 12-250 (GK) |

### EXPEDITED MOTION TO APPOINT AS COMMISSIONER OF THIS COURT ISABELLE KLEBANOW AND BERNICE CICHOCKI FOR THE PURPOSE OF ADMINISTERING OATHS

Plaintiffs, by counsel, pursuant to the provisions of Federal Rule of Civil Procedure, Rule 28(b), hereby move this Court to issue a commission upon Isabelle Klebanow and Bernice Cichocki to take the oaths of deponents located in Israel.

Plaintiffs respectfully request that this Motion be adjudicated on an expedited basis as an attorney associated with undersigned counsel will be traveling to Israel on an unrelated matter and will be available to take *de bene esse* depositions of Plaintiffs who will not be available to attend the Evidentiary Hearing. Plaintiffs will not be able to take the depositions without the appointment of Isabelle Klebanow and Bernice Cichocki as Commissioner of the Court.

In further support of this Motion, Plaintiffs attach a Memorandum of Points and Authorities.

Respectfully submitted,

/s/ Michael J. Miller
Michael J. Miller, Esq.
D.C. Bar No. 397689
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224

Allen L. Rothenberg, Esq.
D.C. Bar No. 328088
1420 Walnut Street, 2nd Floor
Philadelphia, PA  19102
Tel: (800) 624-8888

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 20th  day of November 2015, a true and correct copy of the foregoing Motion to Appoint Commissioners was filed electronically with the Clerk of Court using the CM/ECF system which will send a notification of such filing on all counsel of record.

        /s/ Michael J. Miller
        Michael J. Miller, Esq.