UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NETHANIAL CHAIM BLUTH, et al., : <br> : <br> Plaintiffs, : <br> : <br> v.                                    : <br> : <br> ISLAMIC REPUBLIC OF IRAN,          : <br>    et al.                          : <br> : <br> Defendants.                    : <br> : | Civil Action No. 12-250 (GK) |

### Order

On February 13, 2012, ten members of the Bluth family ("Plaintiffs" or "the Bluths") filed a Complaint alleging that the Islamic Republic of Iran, the Iranian Ministry of Information and Security, and the Iranian Revolutionary Guard Corps ("Iranian Defendants") are liable under the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1605A, for Plaintiffs' physical and emotional injuries arising from a terrorist attack by Hamas directed at a classroom full of students studying Torah on March 7, 2002. Am. Compl. ¶¶ 10-19 [Dkt. No. 5]. According to the Complaint, the Iranian Defendants "provided material support or resources including cover, sanctuary, technical assistance, explosive devices, and training" to the terrorists. Id.

On February 24, 2015, the Clerk of the Court declared the Iranian Defendants to be in default because they had never

responded to the Complaint. In order to obtain a default judgment under FSIA, plaintiffs must establish their claim or right to relief by evidence that is satisfactory to the Court. See 28 U.S.C. § 1608(e). As explained in the accompanying Memorandum Opinion, Plaintiffs have met this standard and the Court will grant their Motion for Default Judgment [Dkt. No. 48]. Upon consideration of the Motion, the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED,** that Plaintiffs' Motion for Default Judgment is **granted**; and it is further

**ORDERED,** that Defendants shall pay Plaintiffs the following amounts of compensatory damages: Nethaniel Bluth, $6 million; Ephraim and Shoshana Bluth, $2.5 million each; and Tsipora, Arieh, Yigal, Isaac, Abraham, and Joseph Bluth, $1.25 million each; and it is further

**ORDERED,** that Defendants shall pay Plaintiffs a total of $25 million in punitive damages.

August 25, 2016

_/s/ Gladys Kessler_
Gladys Kessler
United States District Judge

**Copies to:** attorneys on record via ECF